

# NUMBER 13-13-00633-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GUADALUPE DE LEON ACUNA,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

### On appeal from the 389th District Court
### of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's fourth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on February 26, 2014, and this Court has previously granted appellant three extensions for the filing of appellant's brief in this cause. Appellant has filed his fourth motion requesting additional time to file

the appellate brief in this cause because the appellate record is incomplete. Counsel states there are meritorious issues involving collateral estoppel which require the review of a transcript of the preceding trial which has not been filed.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id.* R. 37.3(a)(2). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

The court shall determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
4th day of November, 2014.

2